UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL THOMPSON,<br><br>                    Plaintiff,<br><br>    v.<br><br>BEN CURRY et al,<br><br>                    Defendant. | Case Number: CV07-06420 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamal Thompson H-19614
C.T.F.
P.O. Box 689
Los Angeles, CA 93960-0689

Dated: January 18, 2008

                                                   Richard W. Wieking, Clerk
                                                   By: Frank Justiliano, Deputy Clerk