Jamal Thompson H-19614
C.T.F.
P.O. Box 689
Los Angeles, CA 93960-0689

CV07-06420 PJH

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**FILED**

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

07-6420 pjh  (4)

NIXIE    900    9E    1    77    01/23/08
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 94102348999    *1040-05412-18-40

1-30-08
* order doc 4
Re-sent to
petitioners
correct address
(Soledad)



FILED
2008 JAN 18 AM 7: 57
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMAL THOMPSON,

    Petitioner,

vs.

BEN CURRY, Warden,

    Respondents.

No. C 07-6420 PJH (PR)

**DISMISSAL WITH LEAVE TO AMEND**

Petitioner, a California prisoner currently incarcerated at the Correctional Training Facility, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee.

Petitioner was convicted of second degree murder in 1991. This petition is directed to a denial of parole by the Board of Parole Hearings, but petitioner does not say what decision he seeks to challenge, for instance by giving the date of the decision. Neither the respondent nor the court should have to guess which decision is meant.

The petition therefore is **DISMISSED** with leave to amend within thirty days of the date this order is entered to identify the decision under attack. If petitioner decides to amend, he should also say what sentence was imposed. The amendment must be on the court's form for habeas petitions, such as the one petitioner used for the present petition, and must include the caption and civil case number used in this order and the words AMENDED PETITION on the first page. Failure to amend within the designated time will result in the dismissal of the case.

Petitioner should bear in mind that he must keep the court informed of any change of address and must comply with the court's orders in a timely fashion. Failure to do so

1  may result in the dismissal of this action for failure to prosecute or failure to comply with a
2  court order pursuant to Federal Rule of Civil Procedure 41(b). *See Martinez v. Johnson*,
3  104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).
4  **IT IS SO ORDERED.**
5  Dated: January 17, 2008.

PHYLLIS J. HAMILTON
United States District Judge

28  G:\PRO-SE\PJH\HC.07\thompson6420.dwl.wpd

2