**FILED**

1  <u>**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**</u>

FEB 2 0 2008

2  Name THOMPSON,       JAMAL

(Last)          (First)          (Initial)

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3  Prisoner Number H-19614

4  Institutional Address CTF/CENTRAL, FW-218, PO BOX 689, RECEIVED

5  SOLEDAD, CA 93960-0689

FEB 2 0 2008

6  ================================================

**UNITED STATES DISTRICT COURT**
7  **NORTHERN DISTRICT OF CALIFORNIA**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8  JAMAL THOMPSON                    **E-filing**

(Enter the full name of plaintiff in this action.)

9
vs.
10  BEN CURRY, WARDEN                 Case No. C 07-6420 PJH(PR)
(To be provided by the clerk of court)

11  CORRECTIONAL TRAINING FACILITY    **PETITION FOR A WRIT**
**OF HABEAS CORPUS**
12  SOLEDAD-CENTRAL

FIRST AMENDED PETITION
13

14  (Enter the full name of respondent(s) or jailor in this action)

15

16  ================================================

<u>Read Comments Carefully Before Filling In</u>

17  <u>When and Where to File</u>

18      You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23      If you are challenging your conviction or sentence and you were **not** convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1 | Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or

3 jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4 you are imprisoned or by whom you were convicted and sentenced. These are not proper

5 respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7 but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8 custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9 was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11     1. What sentence are you challenging in this petition?

12        (a)    Name and location of court that imposed sentence (for example; Alameda

13             County Superior Court, Oakland):

14     Los Angles Superior Court     Los Angeles County

15             Court                       Location

16        (b)    Case number, if known BH003935

17        (c)    Date and terms of sentence 12-12-91, 15 to life, plus 2 yrs

18        (d)    Are you now in custody serving this term? (Custody means being in jail, on

19             parole or probation, etc.)      Yes __X__   No _____

20             Where?

21             Name of Institution:cCorrectional Training Facility

22             Address: PO BOX 689, SOLEDAD, CA 93960-0689

23     2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 challenging more than one sentence, you should file a different petition for each sentence.)

26 Second Degree Murder, PENAL CODE §187, and subd.12022.5(a)

27 _____

28 _____

PET. FOR WRIT OF HAB. CORPUS     - 2 -

3. Did you have any of the following?

    Arraignment:                         Yes __X__    No _____

    Preliminary Hearing:           Yes __X__    No _____

    Motion to Suppress:            Yes __X__    No _____

4. How did you plead?

    Guilty _____    Not Guilty __X__    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury __X__    Judge alone_____    Judge alone on a transcript _____

6. Did you testify at your trial?             Yes __X__    No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment              Yes __X__    No _____

    (b)    Preliminary hearing      Yes __X__    No _____

    (c)    Time of plea              Yes __X__    No _____

    (d)    Trial                     Yes __X__    No _____

    (e)    Sentencing              Yes __X__    No _____

    (f)    Appeal                  Yes __X__    No _____

    (g)    Other post-conviction proceeding    Yes __X__    No _____

8. Did you appeal your conviction?         Yes __X__    No _____

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal          Yes __X__    No _____

            Year: _1992_    Result: _judgement affirmed_

            Supreme Court of California    Yes __X__    No _____

            Year: _1996_    Result: _denied_

            Any other court          Yes _____    No __X__

            Year: _____    Result:_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

1    petition?                              Yes _____    No _X_

2    (c)    Was there an opinion?           Yes _____    No _X_

3    (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                           Yes _____    No _X_

5           If you did, give the name of the court and the result:

6    _____

7    _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?    Yes _X_    No_____

10           [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11    challenged the same conviction you are challenging now and if that petition was denied or dismissed

12    with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13    for an order authorizing the district court to consider this petition.  You may not file a second or

14    subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15    U.S.C. §§ 2244(b).]

16    (a)    If you sought relief in any proceeding other than an appeal, answer the following

17           questions for each proceeding.  Attach extra paper if you need more space.

18    I.    Name of Court: SUPERIOR COURT OF LOS ANGELES COUNTY

19          Type of Proceeding:  HABEAS CORPUS PETITION

20          Grounds raised (Be brief but specific):

21    a. THE BOARD'S DISCRETION TO DETERMINE SUITABLITY FOR PAROLE

22    b. THE BOARD'S DISCRETION TO DETERMINATION WAS UNSUPPORTED

23    c. BY EVIDENCE THAT WOULD BRING MR. THOMPSON'S CASE WITHIN

24    d. THE TERMS OF THE PENAL CODE $3041.

25    Result: DENIED                    Date of Result: FEB. 2007

26    II.   Name of Court:  COURT OF APPEAL, SECOND APPELLATE DISTRICT
                            DIVISION FIVE
27          Type of Proceeding: HABEAS CORPUS PETITION

28          Grounds raised (Be brief but specific):
            SAME AS ABOVE IN SECTION I. a-d

PET. FOR WRIT OF HAB. CORPUS        - 4 -

```
1        a._____
2        b._____
3        c._____
4        d._____
5        Result: __DENIED_____ Date of Result: MAY 17, 2007
6   III. Name of Court: _____
7        Type of Proceeding: _____
8        Grounds raised (Be brief but specific):
9        a._____
10       b._____
11       c._____
12       d._____
13       Result: _____ Date of Result:_____
14  IV.  Name of Court: _____
15       Type of Proceeding: _____
16       Grounds raised (Be brief but specific):
17       a._____
18       b._____
19       c._____
20       d._____
21       Result: _____ Date of Result:_____
```

22  (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                              Yes _____     No_____

24       Name and location of court: _____

25  **B. GROUNDS FOR RELIEF**

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1   need more space.  Answer the same questions for each claim.

2       [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3   petitions may be dismissed without review on the merits.  28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5       Claim One: "SEE ATTACHED SHEET"

6

7       Supporting Facts: "SEE ATTACHED SHEET

8

9

10

11       Claim Two:

12

13       Supporting Facts:

14

15

16

17       Claim Three:

18

19       Supporting Facts:

20

21

22

23       If any of these grounds was not previously presented to any other court, state briefly which

24   grounds were not presented and why:

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS       - 6 -

### "ATTACHED SHEET"

### CLAIM ONE:

THE BOARD OF PAROLE HEARINGS' UNSUITABILITY DETERMINATION WAS UNSUPPORTED BY THE "SOME EVIDENCE" TERMS WITHIN PENAL CODE §3041 AND VIOLATES PETITIONER'S 5th AND 14th AMENDMENT RIGHTS TO DUE PROCESS.

### SUPPORTING FACTS:

The Board of Parole Hearings' (hereafter, BPH)Repeated unsuitability determination based on the circumstances of the commitment offense, violates Petitioner's constitutional rights to due process under state and Federal law. The record distinctly shows that the Petitioner is entitled by statue and regulatory criteria, to a parole release date. In spite of the preceding, the BPH has perpetually denied Petitioner parole without any relevant material evidence to support its' findings. According to statue "some evidence" has to exist in order to substantiate the unsuitability determination. Clearly the BPH has violated the spirits of Penal code §3041's plain expressed language by an inaccurate misapplication of the some evidence standard. The BPH's determination does not comply with due process of law. And a review is necessary to determine whether there exist a factual basis to support the unsuitability determination in the record before the BPH. (In re Rosenkrantz, 29 Cal.4th at p.667, 128 Cal Rptr.2d 104, 59 P.3d 174.)

1         List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3    of these cases:

4    McQuillion v. Duncan, 306 F.3d. 895(9th Cir. 2002)McQuillion v. Duncan,

5    235 F.Supp.2d. 1131(C.D.Cal.2003)In re Ramirez(2001)94 Cal.App.4th 549,

6    570;In re Dannenberg, S111029. Biggs v. Terhune et al. 9th Cir. No.02

    15881,DJDAR 7245. In re Rosenkrantz, Supra

7    Do you have an attorney for this petition?                    Yes_____      No__x__

8    If you do, give the name and address of your attorney:

9    _____

10         WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on ~~Jan~~. Feb 17, 2008 _____              _Jamal Thompson_____

14                Date                                          Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 7 -

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, _____Jamal Thompson_____, declare:

I am over 18 years of age and I am party to this action.  I am a
resident of CORRECTIONAL TRAINING FACILITY prison, in the County
of Monterrey, State of California.  My prison address is:

              Thompson, J_____ , CDCR #: H-19614_____
              CORRECTIONAL TRAINING FACILITY
              P.O. BOX 689, CELL #: LB-111_____
              SOLEDAD, CA  93960-0689.

On ____~~Jan~~. 17, 2008 Feb_____ , I served the attached:

              First amended petition
_____

_____

on the parties herein by placing true and correct copies
thereof, enclosed in a sealed envelope (verified by prison
staff), with postage thereon fully paid, in the United States
Mail in a deposit box so provided at the above-named institution
in which I am presently confined.  The envelope was addressed as
follows:

Office of the Attorney General          Clerk of the U.S. District Court
    Jerry brown                         Northern District of California
455 Golden Gate Ave.  Suite 11000           450 Golden Gate Ave
San Francisco, California  94102          Post Office Box-36060
                                        San Francisco, California  94102

         I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.
Executed on _____~~Jan~~. 18, 2008 Feb____ .

                                        _Jamal Thompson_____
                                        Declarant