Jamal
H-19614 B-3 4W/213
Post Office Box 689
Soledad, California 93960

Clerk of the U.S. District Court
Northern District of California
450 Golden Gate Ave
Post Office Box 36060
San Francisco, California 94102