```
NAME: JAMAL THOMPSON
CDC #: H 19614
CELL: LA 136 low
P.O. BOX 705
SOLEDAD, CA   93960 - 0689

IN PROPRIA PERSONA
```

U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
(COURT)

FILED
08 FEB 27 PM 1:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL K. THOMPSON ) <br> ) <br> PETITIONER ) <br> ) <br> V. ) <br> ) <br> BEN CURRY, WARDEN CORRECTIONAL TRAINING) <br> RESPONDENT ) <br> ) <br> ) <br> FACILITY SOLEDAD - NORTH ) | CASE NO. C 07 -6420 PJH (PR) <br><br> NOTICE OF CHANGE OF ADDRESS |

TO THE CLERK OF THE ABOVE - ENTITLED COURT

NOTICE IS HEREBY GIVEN, that the above - named petitioner,
JAMAL THOMPSON, has changed his address of record to:

NAME: JAMAL K. THOMPSON     CDC#: H- 19614

HOUSING / CELL: LA 136 low

P.O. BOX 705     CORRECTIONAL TRAINING FACILITY

SOLEDAD, CA 93960 - 0689

Respectfully submitted,

2-25-08
DATE

Jamal Thompson
PETITIONER (Signature)