JAMAL K. THOMPSON
FF98174 1A-136 low
P.O. BOX 705
SOLEDAD, CA 93960-0689



CLERK OF THE U.S. DISTRICT COURT
NORTHEN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
POST OFFICE BOX -36060
SAN FRANCISCO, CALIFORNIA 94102





USA FIRST-CLASS FOREVER