UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMAL THOMPSON,

        Petitioner,

  v.

BEN CURRY ,

        Respondent

Case Number: CV07-06420 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamal K. Thompson H-19614
C.T.F.
LA 136 Low
P.O. Box 705
Soledad, CA 93960

Dated: February 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk