United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMAL THOMPSON,

    Petitioner,                  No. C 07-6420 PJH (PR)

  vs.                                        **JUDGMENT**

BEN CURRY, Warden,

    Respondent.

     Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: February 28, 2008.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\HC.07\thompson6420.JUD.wpd